FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -6 AM 9: 24

PD

TIMOTHY M. BURGESS
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7565
Phone: (907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. A05- 111 C R (RRB) |
|---|---|---|
| | ) | |
| Plaintiff, | ) | FALSE STATEMENTS UNDER |
| | ) | THE CLEAN WATER ACT |
| vs. | ) | Vio. 33 U.S.C. § 1319(c)(4) |
| | ) | |
| THOMAS R. AUSTIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 24, 2002, at Valdez, in the District of Alaska, the

defendant, THOMAS R. AUSTIN, while a laboratory technician at Alyeska Pipeline Service

Company, did knowingly make and cause to be made a false material statement,

representation, and certification in an application, record, report, plan, and other document

filed and required to be maintained under the Clean Water Act, Title 33, United States Code,

Section 1251, *et seq.*, to wit, the Discharge Monitoring Report for March, 2002, prepared to

comply with National Pollution Discharge Elimination System Permit AK-002324-8, in that,

THOMAS R. AUSTIN conducted a manual integration on a Laboratory Control Sample

which allowed the value of compound number 6 (m, p-xylene) to be increased to pass Quality

Control criteria, when if fact it would not have.

     All in violation of Title 33, United States Code, Section 1319(c)(4).

Dated: 12/6/05               Respectfully submitted,

                     TIMOTHY M. BURGESS
                     UNITED STATES ATTORNEY

                     RETTA-RAE RANDALL
                     Assistant U.S. Attorney