**FILED**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

DEC 0 9 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By ___PD___ Deputy

USA  v.  THOMAS R. AUSTIN

DATE: December 9, 2005    CASE NO. A05-0111 CR (RRB)

THE HONORABLE RALPH R. BEISTLINE  RRB

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

---

An arraignment and plea hearing will be held in the above matter on **Wednesday, January 25, 2005, at 10:00 a.m.**, in Courtroom 2.

PD 12-9-05



M.O. SCHEDULING HEARING