```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs. __THOMAS R. AUSTIN__ CASE NO. __3:05-cr-00111-RRB__
Defendant: __X__ Present   __X__ On Summons

BEFORE THE HONORABLE: __RALPH R. BEISTLINE__

DEPUTY CLERK/RECORDER: __CAROLINE EDMISTON__

UNITED STATES' ATTORNEY: __RETTA-RAE RANDALL__

DEFENDANT'S ATTORNEY: __HERBERT VIERGUTZ, RETAINED__

U.S.P.O.: __KAREN BREWER__

PROCEEDINGS: ARRAIGNMENT AND ENTRY OF PLEA HEARING HELD 01/25/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:01 a.m. court convened.

__X__ Defendant sworn.

__X__ Defendant advised of general rights, charges and penalties.

__X__ Defendant stated true name: __Same as above.__

__X__ Waiver of Indictment **FILED.**

__X__ PLEA: Guilty to Count __1 of the Information.__

__X__ Court accepted plea. Referred to P.O. for presentence report.

__X__ Imposition of Sentence set for **March 28, 2006 at 1:15 p.m.**

__X__ Order Setting Conditions of Release **FILED.**

__X__ Order Setting Conditions of Release **FILED.**

__X__ OTHER: Court and counsel heard re plea agreement. Court directed the defendant to report to the U.S. Marshal's Service directly after court to be processed.

At 10:30 a.m. court adjourned.

DATE: __January 25, 2006__   DEPUTY CLERK'S INITIALS: __Ce__