LAW OFFICE OF
HERBERT A. VIERGUTZ, P.C.
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Fax: (907) 276-5334
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS R. AUSTIN,

    Defendant.

Case No. 3:05-cr-111-RRB

**NOTICE OF FILING STATEMENT OF DEFENDANT FOR CONSIDERATION AT SENTENCING**

As a result of Defendant's cerebral palsy, Defendant herein submits a statement for consideration by the Court at sentencing, as Defendant will be appearing telephonically, and further, Defendant's ability to communicate orally is difficult.

Dated this 6th day of March, 2006.

                                    s/ Herbert A. Viergutz
                                    Herbert A. Viergutz, Alaska Bar No. 8506088

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document
with attachments was served by electronic notice
on this 6th day of March, 2006, to:

Retta-Ray Randall, Esq.
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, No. 9, Room 253
Anchorage, AK 99513-7567

s/ Herbert A. Viergutz