I made the mistake of simply doing what I considered best and hiding it from the other technicians to avoid conflicts and problems with management. This led to these incorrect actions for which I take responsibility. I can no longer work in a laboratory environment as my cerebral palsy as progressed to a stage in which I am a safety concern to myself and others. Even if this were not the case, I would not re-offend. Simply put a job or salary is not worth what is left of my reputation or the possibility of jail time. Doing what is right and ethical had been a touchstone to me but I let following my own decisions be subverted by a large salary, a new wife, worries about my C.P. and manual dexterity degradation and a desire not to move again overcome my common sense.

2/8/06