UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA  v.  AUSTIN

DATE:  March 21, 2006          CASE NO.   3:05-CR-0111-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING SENTENCING**

---

Due to judicial scheduling conflicts, the sentencing scheduled in this matter for March 28, 2006, is **rescheduled** and will now be held on **Friday, April 7, 2006, at 10:00 a.m.**, in Courtroom 2.

M.O. RESCHEDULING SENTENCING