AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

___FEDERAL___ DISTRICT OF ___Alaska___

UNITED STATES OF AMERICA
V.
THOMAS R. AUSTIN

**WAIVER OF INDICTMENT**

CASE NUMBER: 3:05-cr-00111-RRB

I, ___THOMAS AUSTIN___, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___april 7, 2006___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Defendant*

*Counsel for Defendant*

Before **REDACTED SIGNATURE**
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE